IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-21168
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

KEVIN REESE BROWN,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-396-1
--------------------
October 26, 2001

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Kevin Reese Brown appeals his guilty-plea conviction for
being a felon in possession of a firearm possessed in and
affecting interstate commerce, in violation of 18 U.S.C.
§§ 922(g)(1) and 924(a)(2).  He contends that the factual basis
to which he pleaded was insufficient to support the interstate
commerce element of a § 922(g)(1) offense and that this court
should reconsider its jurisprudence regarding the
constitutionality of § 922(g)(1) in light of Jones v. United

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

States, 529 U.S. 848 (2000), and United States v. Morrison, 529 U.S. 598 (2000).

"This court has repeatedly emphasized that the constitutionality of § 922(g)(1) is not open to question." See United States v. De Leon, 170 F.3d 494, 499 (5th Cir.), cert. denied, 528 U.S. 863 (1999). The cases cited by Brown are distinguishable and do not affect this determination. Consequently, the judgment of the district court is AFFIRMED.